CO-386
10/2018

# United States District Court
# For the District of Columbia

LANDMARK HOSPITAL OF SAVANNAH, LLC )
D/B/A LANDMARK HOSPITAL OF SAVANNAH )
                                 )
                                 )
            Plaintiff    )     Civil Action No.___19-1228_____
   vs                         )

ALEX M. AZAR II, Secretary )
United States Department of Health )
                                 )
           Defendant   )

### CERTIFICATE RULE LCvR 26.1

I, the undersigned, counsel of record for __LANDMARK HOSPITAL OF SAVANNAH, LLC__ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of __LANDMARK HOSPITAL OF SAVANNAH, LLC__ which have

any outstanding securities in the hands of the public:

  None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_/s/ Jason M. Healy_____
Signature

__468569_____

BAR IDENTIFICATION NO.

Jason M. Healy_____
Print Name

1701 Pennsylvania Ave., N.W., Suite 300___
Address

Washington    DC           20006___
City             State           Zip Code

202-706-7926_____
Phone Number